United States District Court
Southern District of Texas
**ENTERED**
April 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JACQUELINE MITCHELL,<br><br>    Plaintiff,<br>VS.<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:18-CV-03993<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day, the Court considered the parties' joint motion to stay and continue initial conference (Dkt. No. 12). After considering the motion, the Court is of the opinion that the motion should be GRANTED.

It is, therefore, ORDERED that the parties' request for a sixty day stay of formal proceedings to pursue informal settlement negotiations is GRANTED. All formal proceedings in the above-captioned matter are STAYED.

It is further ORDERED that the Initial Pretrial and Scheduling Conference currently scheduled for Monday, April 22, 2019 at 8:45 a.m. is hereby VACATED.

It is further ORDERED that during the stay, the parties shall promptly notify the Court if the matter is resolved.

It is so ORDERED.

SIGNED on this 15th day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge