UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-03815 |
|---|---|---|---|

| Jacqueline Mitchell, Executrix of the Estate of Bonell Rashti, Deceased |
|---|
| *versus* |
| American Security Insurance Company |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Timothy M. Belknap<br>Weisbrod Matteis & Copley PLLC<br>1200 New Hampshire Avenue NW, Suite 600<br>Washington, D.C. 20036<br>(202) 499-7913, tbelknap@wmclaw.com<br>DC Bar No. 1009732, VA Bar No. 81856 |
|---|---|

| Name of party applicant seeks to appear for: | Jacqueline Mitchell, Executrix of the Estate of Bonell Rashti, Deceased |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 5/23/2019 | Signed: | /s/Timothy M. Belknap |
|---|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 6/4/19 | Clerk's signature |

### Order

Dated: June 5, 2019

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge